THE CITY OF WASHINGTON *v.* KAUFFMAN.

APPEAL from the Daviess Circuit Court.

PETTIT, J.—This case was submitted Nov. 27th, 1871. There is no assignment, or attempted assignment, of error on the transcript, as required by sec. 568, 2 G. & H. 275, and by rule first of this court.

The appeal is dismissed, at the costs of the appellant.

*W. D. Bynum,* for appellant.

*J. R. Mitchell,* for appellee.